# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER LEMIEUX, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T Corp., d.b.a. AT&T Inc., d.b.a. AT&T, d.b.a. 1-800-CALL-ATT,<br><br>Defendant. | CASE NO. 10-CV-0982-JAH-WMc<br><br>**ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

**Order Extending Time to Respond to First Amended Complaint**

Having considered the Parties' Joint Motion to Extend Time to Respond to First Amended Complaint and, good cause appearing therefore, the Court hereby orders that:

Defendant's answer or responsive pleading to the First Amended Complaint

//

1     shall be filed no later than July 23, 2010.

3 IT IS SO ORDERED:

5 DATED: June 10, 2010

                                        John A. Houston
                                  United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28